**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Jody Lynn Ward, Petitioner.

Appellate Case No. 2021-000702

---

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Georgetown County
Larry B. Hyman, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2023-MO-001
Heard November 16, 2022 – Filed January 4, 2023

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Tristan Michael Shaffer, of Tristan M. Shaffer Attorney at Law, of Chapin, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown and Senior Assistant Attorney General J. Anthony Mabry all of

Columbia, and Solicitor Jimmy A. Richardson, II, of Conway, all for Respondent.

---

**PER CURIAM:**  We granted certiorari to review whether the court of appeals erred in affirming the circuit court's dismissal of Petitioner's Rule 29(b) motion for a new trial. *State v. Ward*, 2021-UP-184 (Ct. App. filed May 19, 2021). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**